**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Bradley Nassif
                                         Plaintiff,

v.                                                             Case No.: 1:22−cv−04040
                                                                  Honorable Edmond E. Chang

North Park University
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 2, 2023:

      MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's motion [24] for partial summary judgment, the motion is terminated without prejudice to refiling after the close of all discovery. On review of the motion, it is plain that an early, piecemeal summary judgment motion at this time would end up wasting judicial resources in considering summary judgment arguments (for both sides) at the same time, and only at the end of all discovery. Perhaps putting the motion on the docket will tangentially serve the purpose of focusing the parties on the settlement value of the case, but now is not the time to litigate a partial summary judgment motion. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.